## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIANA NORDTVEIT                                         : NO. **16-18908**
                                                                : CHAPTER 13

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, Michael P. Kelly, Esquire, attorney for debtor(s) upon my oath according to law hereby certify as follows in connection with the confirmation hearing scheduled for **September 27, 2017**, in the above-referenced case:

1. The above-named debtor is current with all post-petition obligations.

2. The above-named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated: **09/20/2017**                                BY:/s/ **Michael P. Kelly**
                                                      Michael P. Kelly, Esquire
                                                      Suite 202 - Penn's Square
                                                      402 Middletown Boulevard
                                                      Langhorne, PA 19047
                                                      (215) 741-1100
                                                      Fax (215) 741-4029