| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-18908-AMC**

DIANA  NORDTVEIT
215 PLUMRIDGE DRIVE
LEVITTOWN  PA    19056

Petition Filed Date: 12/30/2016
341 Hearing Date: 06/30/2017
Confirmation Date: 10/19/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $200.00 | | 02/19/2019 | $200.00 | | 03/18/2019 | $200.00 | |
| 04/15/2019 | $200.00 | | 05/20/2019 | $200.00 | | 06/24/2019 | $200.00 | |
| 07/18/2019 | $200.00 | | 08/16/2019 | $200.00 | | 09/23/2019 | $200.00 | Monthly Plan P |
| 10/29/2019 | $200.00 | | 12/02/2019 | $200.00 | | 12/27/2019 | $200.00 | |
| 02/04/2020 | $200.00 | | 03/03/2020 | $200.00 | | 04/03/2020 | $200.00 | |
| 05/04/2020 | $200.00 | | 06/02/2020 | $200.00 | | 06/29/2020 | $200.00 | |
| 08/03/2020 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $3,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $7,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $429.25 | $82.62 | $346.63 |
| 8 | CAVALRY SPV I LLC<br>»» 008 | Unsecured Creditors | $2,946.00 | $611.63 | $2,334.37 |
| 2 | FEDERAL LOAN SERVICING<br>»» 002 | Unsecured Creditors | $11,363.36 | $2,359.31 | $9,004.05 |
| 5 | PYOD LLC<br>»» 005 | Unsecured Creditors | $4,833.90 | $1,003.64 | $3,830.26 |
| 6 | PYOD LLC<br>»» 006 | Unsecured Creditors | $1,306.72 | $271.31 | $1,035.41 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $1,567.30 | $325.38 | $1,241.92 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Unsecured Creditors | $1,355.40 | $281.41 | $1,073.99 |
| 9 | MICHAEL P KELLY ESQ<br>»» 009 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 16-18908-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $6,935.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $678.20 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $186.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.