| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-18908-AMC**

DIANA  NORDTVEIT
215 PLUMRIDGE DRIVE
LEVITTOWN  PA    19056

Petition Filed Date: 12/30/2016
341 Hearing Date: 06/30/2017
Confirmation Date: 10/19/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $200.00 | | 03/03/2020 | $200.00 | | 04/03/2020 | $200.00 | |
| 05/04/2020 | $200.00 | | 06/02/2020 | $200.00 | | 06/29/2020 | $200.00 | |
| 08/03/2020 | $200.00 | | 08/28/2020 | $200.00 | | 09/30/2020 | $200.00 | |
| 10/29/2020 | $200.00 | | 12/01/2020 | $200.00 | | 12/28/2020 | $200.00 | |
| 02/02/2021 | $200.00 | | 03/04/2021 | $200.00 | | 03/31/2021 | $200.00 | |
| 04/28/2021 | $200.00 | | 06/01/2021 | $200.00 | | | | |

**Total Receipts for the Period:  $3,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $429.25 | $155.67 | $273.58 |
| 8 | CAVALRY SPV I LLC<br>»» 008 | Unsecured Creditors | $2,946.00 | $1,068.22 | $1,877.78 |
| 2 | FEDERAL LOAN SERVICING<br>»» 002 | Unsecured Creditors | $2,273.38 | $2,273.38 | $0.00 |
| 5 | PYOD LLC<br>»» 005 | Unsecured Creditors | $4,833.90 | $1,752.86 | $3,081.04 |
| 6 | PYOD LLC<br>»» 006 | Unsecured Creditors | $1,306.72 | $473.85 | $832.87 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $1,567.30 | $568.33 | $998.97 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Unsecured Creditors | $1,355.40 | $491.51 | $863.89 |
| 9 | MICHAEL P KELLY ESQ<br>»» 009 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 16-18908-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $8,783.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $836.18 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.