Certificate Number: 17572-PAE-DE-036291539

Bankruptcy Case Number: 16-18908



17572-PAE-DE-036291539

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2022, at 1:57 o'clock PM PST, DIANA NORDTVEIT completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    January 27, 2022          By:    /s/Kelly Faulks

                                   Name:  Kelly Faulks

                                   Title: Counselor