United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Diana Nordtveit  
      Debtor

Case No. 16-18908-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 22, 2022      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Nordtveit, 215 Plumridge Drive, Levittown, PA 19056-3515 |
| 13843922 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13953965 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13843928 | + | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13843929 | + | Fed Loan Srvcg, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14018229 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, Pa. 19047-1818 |
| 13939419 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13843933 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13922390 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13843921 | + | Email/Text: bankruptcynotice@1fbusa.com | Mar 22 2022 23:54:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 13843923 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2022 23:54:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13843924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2022 23:56:21 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13984965 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2022 23:56:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13843926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:18 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13843927 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2022 23:54:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 13843925 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2022 23:56:15 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 13843930 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2022 23:54:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13965129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 23:56:17 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | | Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13843931 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 22 2022 23:54:00 | Toyota Mtr, PO Box 8026, Cedar Rapids, IA 52408 |
| 13948447 + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 22 2022 23:54:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13940491 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 22 2022 23:55:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13843932 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 22 2022 23:55:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Diana Nordtveit mpkpc@aol.com r47593@notify.bestcase.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Diana Nordtveit
        Debtor(s)

Case No: 16−18908−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/22

65 − 64
Form 138OBJ